# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: 289446

Coron Ocean Abdullah

(Enter above the full name of the plaintiff in this action)

**NOTICE TO FILING PARTY**

*It is your responsibility to notify the clerk in writing of any address change.*

*Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Ventress Correctional Facility Officials and the Alabama Department of Corrections.

2:17-cv-01524-AKK-SGC

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
      Yes ( )    No (✓)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff: N/A

         Defendant(s): N/A

2

2. Court (if Federal Court, name the district; if State Court, name the county) _N/A_

3. Docket number _N/A_

4. Name of judge to whom case was assigned _N/A_

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _N/A_

6. Approximate date of filing lawsuit _N/A_

7. Approximate date of disposition _N/A_

II. Place of present confinement _Ventress Correctional Facility_

A. Is there a prisoner grievance procedure in this institution?
Yes (✓)  No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓)  No ( )

C. If your answer is YES:

1. What steps did you take? _There is a grievance procedure, however, there is not enough access to it._

2. What was the result? _No result for reasons above._

D. If your answer is NO, explain why not: _N/A_

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Coran Brian Abdullah

Address 379 Hwy. 239 N. - Ventress Correctional Facility Clayton, AL 36016

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Warden Karla Jones and Ventress Corrections officials
   Is employed as Ventress Correction's officials(s.)
   at Ventress Correctional Facility.

C. Additional Defendants The Alabama Department of Corrections.

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statues. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I was assaulted with a makeshift weapon (knife.) and Corrections' officials at Ventress Correctional Facility did nothing to prevent this event and others like it from occuring. There are major lacks of security at Ventress. They proceeded to place me in segregation. I am

4

still at risk of attack and they are not taking proper steps from this occurring in the future.

## V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I would ask that the court investigate Ventress'es security protocols, and that I be safe from further attacks along with my fellow inmates here at Ventress.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-26-17

x Coron B. Abdullah
SIGNATURE
ADDRESS Ventress Correctional Facility - 379 Hwy. 239 N. Clayton, AL 36016
AIS # 289416

Coron B. Abdullah 28946
~~Defendant~~ plaintiff

Sworn to me this the
30th day August 2017
_(notary signature)_
Notary

Coren B. Abdullah
VENTRESS Co. Fac
379 Highway 239W
Clayton, AL, 36016

LEGAL MAIL

MONTGOMERY AL 360
06 SEP '17
PM 4 L

$000.46⁰
SEP 06 2017
MAILED FROM ZIP CODE 36016

SECURITY
SEP 08 2017
U.S. DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

Clerk United States District Court
Northern District of Alabama
Hugo Black United States Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Official Business