IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CORON BRIAN ABDULLAH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv671-MHT |
| | ) | (WO) |
| KARLA WALKER JONES, | ) | |
| Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit contending that he had been assaulted by another prisoner and that the defendants have failed to provide reasonably safe living conditions at Ventress Correctional Facility. This case is before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice for failure to pay the initial filing fee as ordered. There are no objections to the recommendation. Upon an independent and de novo review of the record, the

court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 27th day of February, 2018.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE