IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CORON BRIAN ABDULLAH,       )
                            )
     Plaintiff,             )
                            )      CIVIL ACTION NO.
     v.                     )        2:17cv671-MHT
                            )            (WO)
KARLA WALKER JONES,         )
Warden, et al.,             )
                            )
     Defendants.            )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 9) is adopted.

(2) This lawsuit is dismissed without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of February, 2018.

                                                 /s/ Myron H. Thompson  
                                            **UNITED STATES DISTRICT JUDGE**